FRIEDA JONES, as Limited Administratrix of the Estate of JOSEPH JONES, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action to recover damages for the wrongful death of plaintiff's intestate, who was killed as the result of a fall from a street car which, according to the proof adduced by plaintiff, resulted when the door of the trolley car was opened at a time when plaintiff's intestate was pinned with his back against the door and was struck by an assailant, who had evidenced his intention to do

so immediately prior to the stopping of the car and the simultaneous opening of the door. Judgment reversed on the law and the facts, without costs, and a new trial granted. In our opinion the inadequacy of the charge to the jury, and the interests of justice, require a new trial. Close, P. J., Johnston and Lewis, JJ., concur; Hagarty and Carswell, JJ., dissent and vote to affirm.